VACO PRODUCTS, INC., Appellant, v. BENDIX AVIATION CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEROME S. ISAACS, Appellant and Respondent, v. PAN AMERICAN TRADING COMPANY and HERMAN ISAACS, Respondents and Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEROME S. ISAACS, Appellant and Respondent, v. PAN AMERICAN TRADING COMPANY and HERMAN ISAACS, Respondents and Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HIGHWAY BUTTER & EGG CO., INC., Appellant, v. MERCHANTS REFRIGERATING COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, J.

JOHN BURNS, Respondent, v. BROOKHATTAN TRUCKING CO., INC., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

L. BERGMAN, INC., Appellant, v. ANSEN & CO., INC., et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUISE METCALFE, Respondent, v. SUFFERN SAVINGS AND LOAN ASSOCIATION, Appellant. ROBERT F. CUTLER, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.